COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In the Interest of E.G., a Child

Appellate case number:      01-19-00035-CV

Trial court case number:    2016-03159J

Trial court:                314th District Court of Harris County

Appellants, A.G. and S.C., have filed notices of appeal of the trial court's Final Decree for Termination, signed on December 31, 2018. And, the notice of appeal of S.C. reflects that she is indigent and may proceed on appeal without payment of costs. *See* TEX. R. CIV. P. 145(a); TEX. R. APP. P. 20.1(a), (b)(1).

The clerk's record was due to be filed in this Court by January 14, 2019. *See* TEX. R. APP. P. 28.4(a)(1), 35.1(b). On January 16, 2019, the Clerk of this Court notified the trial court clerk that a clerk's record had not been filed and directed the trial court clerk to file the clerk's record no later than January 28, 2019. Neither a clerk's record nor a motion for an extension of time has been filed. **Accordingly, the trial court clerk is ordered to file, at no cost to appellants, a clerk's record in this appeal within 10 days of the date of this order**. **No extensions of time will be granted.**[1] *See id.* 28.4(b)(2), 35.3(c).

If the clerk's record is not filed as directed, we may abate the appeal and remand the case to the trial court to conduct a hearing to determine the reason for the failure to file the clerk's record in this appeal**.**

It is so ORDERED.

Judge's signature: /s/ Julie Countiss
                   ☑ Acting individually    ☐ Acting for the Court
Date:     January 31, 2019

---

[1] Because this appeal involves the termination of the parent-child relationship, this Court is required to bring the appeal to final disposition within 180 days of the date the first notice of appeal was filed, so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* TEX. GOV'T. CODE ANN., tit. 2, subtit. F app.